## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSIE BADGER and EMILY GELLATLY,
individually and on behalf of all others
similarly situated,

               Plaintiffs,

      v.

VEREIT, INC.,

               Defendant.

Case No. 2:16-CV-01607

District Judge Cathy Bissoon

Filed Electronically

## NOTICE OF SETTLEMENT

COMES NOW Plaintiffs Josie Badger and Emily Gellatly, by and through their undersigned counsel, and hereby advise this Honorable Court of the settlement of this action. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

Dated: February 2, 2017

Respectfully Submitted,

*/s/ Benjamin J. Sweet*_____
Benjamin J. Sweet (PA87338)
bsweet@carlsonlynch.com
Stephanie Goldin (PA202865)
sgoldin@carlsonlynch.com
CARLSON LYNCH SWEET &
   KILPELA LLP
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
www.carlsonlynch.com
(p)  412 322-9243
(f)   412 231-0246

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on this 2nd day of February, 2017.


*/s/ Benjamin J. Sweet*