### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSIE BADGER and EMILY GELLATLY, individually and on behalf of all others similarly situated, | Case No. 2:16-CV-01607 |
| Plaintiffs, | District Judge Cathy Bissoon |
| v. | Filed Electronically |
| VEREIT, INC., | |
| Defendant. | |

### NOTICE OF INDIVIDUAL SETTLEMENT AND STIPULATION FOR DISMISSAL WITH PREJUDICE: (PROPOSED) ORDER THEREON

COME NOW Plaintiffs, Josie Badger and Emily Gellatly, and Defendant, VEREIT, Inc., by and through undersigned counsel as follows:  it is hereby stipulated by and between the parties that the action is settled and that the Court should dismiss this action *with prejudice*, with each party to bear its own attorneys' fees, costs, expert fees, and expenses, if any, incurred in connection with this action.  No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules of Civil Procedure, Rule 23 (e).

WHEREFORE, the Parties jointly request the Court enter an Order and judgment dismissing the action with prejudice and closing the case.

1

SF 3264346v1

Dated:  March 24, 2017

Respectfully Submitted,

By: _/s/ Benjamin J. Sweet_____         By: _/s/ Martin H. Orlick_____
Benjamin J. Sweet (PA 87338)           Martin H. Orlick (admitted *pro hac vice*)
Stephanie K. Goldin (PA 202865)        Stuart K. Tubis (admitted *pro hac vice*)
CARLSON LYNCH SWEET                    JEFFER MANGELS BUTLER &
KILPELA & CARPENTER, LLP               MITCHELL LLP
1133 Penn Avenue, 5th Floor            Two Embarcadero Center, 5th Floor
Pittsburgh, PA  15222                  San Francsico, CA 94111
(p) 412.322.9243                       (p) 415.398.8080

*Attorneys for Plaintiffs*

                                       *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, March 24, 2017, I filed the foregoing with the Clerk of the

Court by using the ECF system which will send an electronic copy of the filing by email to all

counsel of record.

By:     _/s/ Benjamin J. Sweet_____
        Attorney for Plaintiffs

2

SF 3264346v1